UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OFG AMERICA

v. CASE NO: 3:26-cr-180-MMH-PDB
18 U.S.C. § 1709

ARI DOMINIC GATLIN

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Theft of Mail Matter by Postal Service Employee)**

On or about August 16, 2025, in the Middle District of Florida, the defendant,

ARI DOMINIC GATLIN,

was a United States Postal Service employee entrusted with, and who came into possession of, an iPhone 15 Pro Max 256GB intended to be conveyed by the United States mail, and did knowingly steal, abstract, remove, and embezzle said iPhone.

In violation of 18 U.S.C.§ 1709.

A TRUE BILL,

____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: ________________________
MATTHEW L. HICKMAN
Assistant United States Attorney

By: ________________________
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
8/18/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ARI DOMINIC GATLIN

INDICTMENT

Violations: Ct 1: 18 U.S.C. § 1709

A true bill.

Foreperson

Filed in open court this 19th day

of August, 2026

Clerk

Bail $______________

GPO 863 525